IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Wendy Spurgeon, : | |
| : | |
| Plaintiff(s), : | |
| : | Case Number: 1:09v430 |
| vs. : | |
| : | Chief Judge Susan J. Dlott |
| Commissioner of Social Security Administration, : | |
| : | |
| Defendant(s). : | |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Timothy S. Black filed on April 12, 2010 (Doc. 25), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired April 30, 2010, hereby ADOPTS said Report and Recommendation.

Accordingly, the decision of the Commissioner, that K.M. is not entitled to supplemental security income, is **AFFIRMED**. This case is hereby **TERMINATED** from the docket of this Court.

IT IS SO ORDERED.

                                                                  ___s/Susan J. Dlott_____
                                                                  Chief Judge Susan J. Dlott
                                                                  United States District Court